286 So.2d 914

**Cecil LAWSON**

v.

**STATE.**

**8 Div. 407.**

Court of Criminal Appeals of Alabama.

Nov. 13, 1973.

J. Douglas Evans, Florence, for appellant.

William J. Baxley, Atty. Gen. and Kent Brunson, Asst. Atty. Gen., for the State.

CATES, Presiding Judge.

Carnal knowledge of a girl over twelve and under sixteen years: sentence, five years in the penitentiary. Code 1940, T. 14, § 399.

**I**

Appellant has not complied with Rule A of this court. See 49 Ala.App. XXI.

**II**

Under Code 1940, T. 15, § 389 we have considered the entire record including:

a) The clerk's certificate; [T. 7, § 767];

b) The court reporter's certificate;

c) The statement of the organization of the court; (Sup.Ct.R. 52);

d) The indictment (caption, conclusions, and required endorsements);

e) Judgment entry (arraignment, presence of counsel, twelve jurors, empanelling and swearing of jury, verdict, adjudication of guilt, allocutus, sentence and notice of appeal);

f) Proceedings on the motion for new trial; and

g) Each ruling of the trial judge adverse to the appellant—Rule A, Ct. Cr.App.—49 AA XXI.

From such review we conclude the judgment below should be and it hereby is

Affirmed.

All the Judges concur.